

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

## No. 06-09-00024-CV

_____


JIMMIE DON ALLEN, Appellant

V.

JOHN CHARLES HARGUS, Appellee


On Appeal from the County Court at Law
Hopkins County, Texas
Trial Court No. CV38078


Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Carter

MEMORANDUM OPINION

Jimmy Don Allen, appellant, filed his notice of appeal from the trial court's order of dismissal February 19, 2009. The clerk's record was filed May 27, 2009. No reporter's record was requested or filed. Allen's brief was therefore due June 26, 2009.

Allen filed a request for an extension of time. In that motion, counsel for plaintiff mentioned that "[a]n offer to mediate has been made . . . and Appellant respectfully requests this extension as an opportunity to pursue the mediation." In granting that first motion to extend, this Court specified that should the parties desire mediation, they should jointly seek an order from this Court before July 27, 2009. No mediation order was requested; instead, a second request for an extension of time to file the brief was requested, with the same language as the reason for the extension. The Court overruled that motion for extension of time. In our order overruling that extension, we informed counsel that failure to file the brief on or before August 25, 2009, could result in the appeal being dismissed for want of prosecution. *See* TEX. R. APP. P. 42.3(b), (c).

It is now September 15, and no brief has been filed. Pursuant to Rule 42.3(b) and (c) of the Texas Rules of Appellate Procedure, we dismiss this appeal for want of prosecution. TEX. R. APP. P. 42.3(b), (c).

Jack Carter
Justice

Date Submitted:     September 15, 2009
Date Decided:     September 16, 2009